FRED H. PAUL et al., Copartners Doing Business under the Name of F. H. PAUL & STEIN BROS., Respondents, *v.* INSTITUTO ARGENTINO DE PROMOCION DEL INTERCAMBIO, Appellant.

Submitted April 4, 1949; decided April 14, 1949.

*Bernard Axler* for motion.
*J. Jacques Stone* opposed.

Motion denied, with $10 costs.